# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

LINDA SIEMER,

        Plaintiff,

v.                                                Case No: 5:15-cv-479-Oc-40PRL

DISABILITY RIGHTS FLORIDA, INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Renewed Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice (Doc. 19) filed on May 18, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 27, 2016 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice (Doc. 19) is **GRANTED**.

3. The Settlement, Waiver, and Release by Linda Siemer (Doc. 19-1) is **APPROVED**.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to **TERMINATE** the previous Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice (Doc. 17).

6. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 14, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties